IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-HC-2081-FL

| | | |
|---|---|---|
| WILLIAM A. HILLMAN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WARDEN TRACY JOHNS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, against respondent Warden Tracy W. Johns ("respondent"). Petitioner argues that the Federal Bureau of Prisons failed to timely consider him for placement in a Residential Reentry Center ("RRC"). As relief, petitioner requests that the court order the Bureau of Prisons to consider him for transfer to a RRC.

Petitioner was released from incarceration on August 14, 2012. See www.bop.gov. Based upon this information, it is clear that petitioner's claim is moot. See Spector v. Director, Federal Bureau of Prisons, 413 F. App'x 669, at *1 (4th Cir. Feb. 28, 2011).[1] Thus, petitioner's petition is

---

[1] The court notes that even if petitioner's action was not moot, it would be dismissed because he failed to exhaust his administrative remedies prior to filing this action. See McClung v. Shearing, 90 F. App'x 444, 445 (4th Cir. Feb. 6, 2004).

DENIED as moot, and the Clerk of Court is DIRECTED to close this case. All pending motions are DENIED as moot.

SO ORDERED, this the 21 day of August, 2012.

LOUISE W. FLANAGAN
United States District Judge