IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM A HILLMAN, JR.,
                 Petitioner,
     v.                              **Judgment in a Civil Case**
WARDEN TRACY JOHNS,
                  Respondent.           Case Number: 5:11-HC-2081-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for
consideration of the respondent's motion to dismiss or in the alternative for summary judgment.

**IT IS ORDERED AND ADJUDGED** that the petition is denied as moot and this action is hereby
dismissed.

This Judgment Filed and Entered on August 22, 2012, with service on:
William A. Hillman, Jr.  10633-035, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S.
Mail)
Christina A. Kelley (via CM/ECF Notice of Electronic Filing)

August 22, 2012                         /s/ Julie A. Richards
                                          Clerk

Raleigh, North Carolina